O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| USA, | ) | Case No. EDCV 14-01944-VAP (KKx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER VACATING HEARING AND GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |
| LONNIE J. KEMP, | ) | |
| Defendant. | ) | **[Motion filed on 4/3/15]** |

Before the Court is Plaintiff's unopposed motion to dismiss the action without prejudice. The Motion is appropriate for resolution without a hearing, and accordingly, the Court VACATES the hearing set for May 4, 2015. See Fed. R. Civ. P. 78; L.R. 7-15. For the reasons stated below, the Court GRANTS the motion.

### I. BACKGROUND

This action, brought under 20 U.S.C. § 1080, is an attempt to enforce a student loan debt on which Defendant has defaulted. (See Complaint, Doc. No. 1.) Plaintiff initially brought suit against Defendant in 2001, but was unable to effect process because Defendant's address

turned out to be a post office box, and Plaintiff was unable to obtain an address for proper service. (Inthout Decl., Doc. No. 4 at p. 4, ¶ 2.) As a result, Plaintiff voluntarily dismissed the original action. (Id.)

After obtaining a new address for Defendant in 2014, Plaintiff re-filed the action. (Id. at ¶ 3.) Despite diligent attempts, however, Plaintiff has been unable to effect service of process. (Id.)

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 41(a)(1)(B) requires that, upon the second voluntary dismissal by the plaintiff of an action based on, or including, the same claim, the action be dismissed with prejudice. (See Fed. R. Civ. P. 41(a)(1)(B).) However, "Rule 41(a)(2) permits a plaintiff, with the approval of the court, to dismiss an action without prejudice at any time." Stevedoring Servs. of Am. v. Armilla Int'l B.V., 889 F.2d 919, 921 (9th Cir. 1989). "A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the district court's sound discretion and ... [t]he purpose of the rule is to permit a plaintiff to dismiss an action without prejudice so long as the defendant will not be prejudiced or unfairly affected by dismissal." Id.

## III. DISCUSSION

As Plaintiff points out in its motion, "Defendant has never been served, and is unlikely to even have been aware of the pending litigations against him." (Motion,

Doc. No. 4 at 3.)  Furthermore, there is no evidence that these multiple litigations were intended to abuse or harass.  Both actions appear to have been instituted in good faith with the intent to prosecute, but both efforts were thwarted by Plaintiff's inability to effect service of process on Defendant.

Because Defendant has not appeared and the motion is unopposed, Defendant has not identified any potential prejudice that might result from a second dismissal of this action without prejudice, and the Court is unable to identify any.  Accordingly, voluntary dismissal of this action without prejudice is warranted.

### IV. CONCLUSION

For the reasons stated above, the action is hereby DISMISSED WITHOUT PREJUDICE.

Dated: April 23, 2015

VIRGINIA A. PHILLIPS
United States District Judge